IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 4:12-CR-731 |
| | § | |
| ASHLEY NICOLE RICHARDS | § | |
| BRENT JUSTICE | § | |

NOTICE OF APPEAL

Notice is hereby given that the United States of America, Plaintiff named above, hereby appeals to the United States Court of Appeals for the Fifth Circuit pursuant to 18 U.S.C. § 3731 from the Order of Dismissal of Counts One through Five entered by the district court on April 17, 2013.

                                                KENNETH MAGIDSON
                                              United States Attorney

                                    By:   /s/ Sherri L. Zack
                                                Sherri L. Zack
                                                Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Notice of Appeal was provided to counsel for the defendants via ECF on May 15, 2013.

Philip Gallagher
440 Louisiana, Suite 1350
Houston, Texas 77002

Joyce Raynor
9894 Bissonnet #815
Houston, TX 77036

    _/s/_Sherri_L._Zack_____
    Sherri L. Zack
    Assistant United States Attorney